IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| CARMELA ROMERIO,<br><br>        Plaintiff,<br><br>vs.<br><br>STATE OF MONTANA BOULDER JUSTICE COURT, et. al.<br><br>        Defendants. | CV 25-73-H-KSL<br><br><br>ORDER |

On July 16, 2026, United States Magistrate Judge Timothy Cavan filed Findings and Recommendations. (Doc. 11). Judge Cavan recommended that this Court dismiss the case for failure to prosecute. (Doc. 11 at 4). Neither party objected to the Findings and Recommendations within the fourteen-day period prescribed by 28 U.S.C. §636(b)(1). Therefore, this Court reviews for clear error. 28 U.S.C. §636(b)(1)(A); *see also* Fed. R. Civ. P. 72(b) advisory committee's note to 1983 addition. After careful review of the Findings and Recommendations, this Court does not find clear error.

1

IT IS HEREBY ORDERED that the Findings and Recommendations issued by Judge Cavan (Doc. 11) are ADOPTED IN FULL.

IT IS FURTHER ORDERED that the case be dismissed without prejudice.

DATED this 12th day of August, 2026.

KATHLEEN S. LANE
United States District Judge